UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**COLLEEN K HOLT**,<br><br>Debtor. | Case No. **09-62439-7** |
| **ROSS P. RICHARDSON**,<br><br>Plaintiff.<br><br>-vs-<br><br>**DONALD & JANETTE NEU**, **JACQUELINE SOHM**, **VINCE STONE**, and **JUNIOR H. TROYER**,<br><br>Defendants. | Adv No. **10-00066** |

# J U D G M E N T

At Butte in said District this 1st day of June, 2011.

The issues of this proceeding having been duly considered by the Honorable Ralph B. Kirscher, United States Bankruptcy Judge, and a decision having been reached after trial on the merits,

IT IS ORDERED AND ADJUDGED Judgment is entered in favor of the Defendants Donald and Janette Neu, Jacqueline Sohm, Vince Stone and Junior H. Troyer, and against the

Plaintiff Ross P. Richardson; and Plaintiff's complaint is dismissed with prejudice.

BY THE COURT

/s/ Ralph B. Kirscher

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana